**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        :
ERIN BROWN,                             :
                                        :
                 Plaintiff,             :
                                        :
        v.                              :        Civil Action No. 11-1846 (HHK)
                                        :
ALAN S. SOLOMON,                        :
                                        :
                 Defendant.             :
_____   :

## MEMORANDUM OPINION

The defendant filed a motion to dismiss [Dkt. #3] on December 14, 2011. In its December 20, 2011 Order, the Court advised the plaintiff, among other things, of her obligation to file an opposition or other response to the motion. Further, that Order expressly warned the plaintiff that, if she failed to file her opposition by January 13, 2012, the Court would treat the motion as conceded. To date, the plaintiff neither has filed an opposition nor requested additional time to do so. Accordingly, the Court will treat the defendant's motion as conceded.

An Order accompanies this Memorandum Opinion.


                                ROYCE C. LAMBERTH
                                United States District Judge
DATE:  January 30, 2012